# CORPORATE RESOLUTION
## TO FILE UNDER CHAPTER 11 REORGANIZATION

WHEREAS the Corporation is insolvent and unable to pay its debt when due, and WHEREAS, the Corporation and its creditors would be best served by reorganization of the Corporation under Chapter 11 of the United States Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code,

THE UNDERSIGNED hereby certifies that she is the President and the custodian of the books and records and seal of Harvey & Daughters, Inc., a corporation duly formed pursuant to the laws of Maryland.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed my seal of the above-named Corporation on this __30th__ day of __June__, 2023.

_____
Matthew McDermott
President